```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      18cr497-1(DLC)
            -v-                          :
                                         :         ORDER
ARNALDO URBINA SOTO,                     :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for June 9, 2023 is adjourned to **August 10, 2023, at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from today until August 10 is excluded in the interest of justice. This exclusion outweighs the best interest of the defendant and the public in a speedy trial.

    SO ORDERED:

Dated:    New York, New York
            June 5, 2023

                                                _____
                                                     DENISE COTE
                                    United States District Judge