UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    18cr497-1(DLC)
            -v-                       :
                                      :    ORDER
                                      :
ARNALDO URBINA SOTO,                  :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a change of plea is scheduled in this matter for May 16, 2024 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
           May 10, 2024

                                              _____
                                                   DENISE COTE
                                    United States District Judge