```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :      18cr497-1(DLC)
                -v-                       :
                                          :          ORDER
ARNALDO URBINA SOTO,                      :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for September 13, 2024 is adjourned to **September 18, 2024, at 11:00 AM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:   New York, New York
         September 4, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge