UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES                            :     18CR497-1(DLC)
                                         :
           -v-                           :     ORDER
                                         :
ARNALDO URBINA SOTO,                     :
                     Defendant.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

Having received the defendant's letter of September 12, 2024, it is hereby

ORDERED that the parties shall confer regarding the need for a Fatico hearing.  The Court will hear the parties regarding these issues at the scheduled sentencing date of September 18, 2024 at 11:00 A.M.

IT IS FURTHER ORDERED that the sentencing scheduled for September 18, 2024 is adjourned to **September 25, 2024 at 2:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:   New York, New York
         September 13, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge