```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   18cr497-1(DLC)
            -v-                          :
                                         :        ORDER
ARNALDO URBINA SOTO,                     :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing scheduled for September 25 is adjourned to **October 3, 2024, at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:    New York, New York
            September 25, 2024

                                              _____
                                                  DENISE COTE
                                      United States District Judge