# CARLA SANDERSON

ATTORNEY  NY, NJ, SDNY, EDNY

260 MADISON AVENUE FL 22  
NEW YORK, NEW YORK 10016  
carla@carlasandersonlaw.com

T 646.499.3818  
F 646.499.3814  
carlasandersonlaw.com

October 11, 2024

The Honorable Denise L. Cote  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

Re:   *United States v. Arnaldo Urbina Soto*, 18 Cr. 479 (DLC)

Dear Judge Cote,

On October 3, 2024, Arnaldo Urbina Soto was sentenced to 226 months' imprisonment. A Notice of Appeal was filed on October 7, 2024. Mr. Urbina Soto respectfully requests, pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, that the Court issue the attached proposed order recommending that the Bureau of Prisons ("BOP"), allow him to remain at the Metropolitan Detention Center in Brooklyn to facilitate access to his appellate counsel pending the filing of the briefs in his anticipated appeal.

Rule 38(b)(2) provides that "[i]f the defendant is not released pending appeal, the court may recommend to the Attorney General that the defendant be confined near the place of the trial or appeal for a period reasonably necessary to permit the defendant to assist in preparing the appeal." Fed. R. Cr. Proc. 38(b)(2). *See e.g., United States v. Samuel Bankman-Fried*, No. 22-Cr-00673 (LAK) (S.D.N.Y May 22, 2024) (issuing similar order). The government (by AUSA David Robles) objects to this request.

I thank the Court for its consideration.

*Denied.*  
/s/ Denise Cote  
10/15/24

Respectfully submitted,

/s  
_____  
Carla Sanderson